No. 80–6554. JOHNSON v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 80–6560. DI CARLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6564. MARQUEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–6599. GORDON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6606. ROBERTS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6612. LOPEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–6613. CALLWOOD v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 80–6629. HERRERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6649. FRANCIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–2034. BLUM, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK v. CALDWELL ET AL. C. A. 2d Cir. Motion of respondents McCullough, Richmond, Grant, Barnett, Perito, Landers, and Maniccia for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–1627. FLORIDA v. BUSCH. Dist. Ct. App. Fla., 1st Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.